BEFORE THE SECOND DIVISION, MAY 24, 1957

**No. 60784.**—Lucas Electrical Services, Inc., and Lep Transport, Inc. v. United States, protest 278487–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.,* and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), the claim of the plaintiffs was sustained.

**No. 60785.**—Inter-Maritime Forwarding Co., Inc. v. United States, protest 277089–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that item No. 1630 would now be properly classified at 7½ percent under paragraph 340, as modified, *supra,* the claim of the plaintiff was sustained as to said item.